IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

NATHAN GENE KRAMBEER,

    Plaintiff,

v.

COLIN HIRSCH, et al.

    Defendants.

ORDER

Case No. 23-cv-781-jdp

---

Plaintiff Nathan Gene Krambeer, a prisoner in the custody of the Wisconsin Department of Corrections, has filed a proposed civil complaint. Plaintiff is a prisoner and, therefore, subject to the 1996 Prison Litigation Reform Act. Plaintiff has requested leave to proceed without prepayment of the filing fee, and submitted a statement for month of October 2023. This statement is insufficient to determine if plaintiff qualifies for indigent status.

For this case to proceed, plaintiff must submit a certified copy of a trust fund account statement for the entire six-month period immediately preceding the filing of the complaint no later than December 4, 2023. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Nathan Gene Krambeer may have until December 4, 2023 to submit a certified trust fund account statement for the period beginning approximately May 9, 2023 and ending approximately November 9, 2023. If, by December 4, 2023, plaintiff

1

fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 9th day of November, 2023.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge